## 34884. MILLER v. MILLER.

NICHOLS, Chief Justice.

The sole enumeration of error in these divorce and alimony proceedings raises the issue of the sufficiency of the evidence to support a verdict requiring the husband to pay alimony and child support. The evidence supports the verdict. *Harris v. Harris,* 240 Ga. 551 (242 SE2d 54) (1978).

*Judgment affirmed. All the Justices concur.*

SUBMITTED MAY 4, 1979—DECIDED SEPTEMBER 5, 1979.

*Harry L. Wingate, Jr.,* for appellant.

*Langstaff, Campbell & Plowden, R. Edgar Campbell,* for appellee.